# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DELOSANGELES HARPER**                                        **PLAINTIFF**

**v.**                    No: 3:17-cv-00303 JM-PSH

**VOLNER**                                                **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Harper's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.[1]

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 29th day of January, 2018.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

---

[1] This includes each version of his complaint (Doc. Nos. 1, 5, and 7).