IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DELOSANGELES HARPER**                                                    **PLAINTIFF**

v.                          No: 3:17-cv-00303 JM-PSH

**VOLNER**                                                                         **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

Dated this 29th day of January, 2018.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE